BRUCE A. KILDAY, ESQ., SBN: 066415
Email: bkilday@akk-law.com
KEVIN J. DEHOFF, ESQ., SBN: 252106
Email: kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

JANICE D. MAGDICH, ESQ., SBN: 188278
Email:  jmagdich@lodi.gov
City Attorney, City of Lodi
P.O. Box 3006
Lodi, CA  95241
Telephone:  (209) 333-6701
Fax:  (209) 339-0763

Attorneys for Defendant CITY OF LODI

NICHOLAS J. MASTRANGELO, ESQ., SBN:160495
Email: nm@mastrangelolawoffices.com
MASTRANGELO LAW OFFICES
Two Theatre Square, Suite 234
Orinda, CA  94563
Tel:  (925) 258-0500
Fax:  (925) 254-0550

Attorneys for Plaintiff JUDY MUNSHOWER

PHILLIP A. TALBERT
BOBBIE J.  MONTOYA
Email:  bobbie.montoya@usdoj.gov
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Tel:  (916) 554-2775

Attorneys for Cross-Defendant UNITED STATES POST OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY MUNSHOWER,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF LODI,<br><br>                Defendant.<br>AND RELATED CROSS ACTION. | Case No.: 2:16-cv-01163-JAM-EFB<br><br>**STIPULATION TO CONTINUE TIME TO FILE JOINT STATUS REPORT** |

WHEREAS, the parties' Joint Status Report is currently due July 26, 2016;

WHEREAS, Cross-Defendant UNITED STATES POSTAL SERVICE'S Motion to Dismiss is currently scheduled to be heard on August 23, 2016;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the deadline for the Joint Status Report be continued to late September to allow the Court's ruling on the motion, to include a proposed Rule 26 discovery plan (including date for Rule 26 disclosures) and proposed pretrial and trial schedule.

Dated: July 26, 2016                            MASTRANGELO LAW OFFICES

                                                     */s/ Nicholas J. Mastrangelo (authorized on 7/26/16)*
By:_____
    NICHOLAS J. MASTRANGELO
    Attorneys for Plaintiff
    JUDY MUNSHOWER

Dated: July 25, 2016                            ANGELO, KILDAY & KILDUFF, LLP

                                                       */s/ Kevin J. Dehoff*
By:_____
    KEVIN J. DEHOFF
    Attorneys for Defendant/Cross-Complainant
    CITY OF LODI

| | |
|---|---|
| Dated: July 26, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Bobbie J. Montoya (authorized on 7/26/16)*<br>By:_____<br>   BOBBIE J. MONTOYA<br>   Assistant United States Attorney<br>   Attorneys for Cross-Defendant<br>   UNITED STATES POSTAL SERVICE |

**ORDER**

GOOD CAUSE APPEARING therefor,

IT IS ORDERED that the Joint Status Report be continued to September 30, 2016.

Dated: 7/26/2016

/s/ John A. Mendez_____
JUDGE OF THE UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE TIME TO FILE JOINT STATUS REPORT