UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDY MUNSHOWER, | ) | Case No. 2:16-CV-01163 JAM-EFB |
| Plaintiff, | ) | |
| v. | ) | **CORECTED** |
| CITY OF LODI and DOES ONE through TWENTY, | ) | **RELATED CASE ORDER** |
| Defendants. | ) | |
| JUDY MUNSHOWER, | ) | |
| Plaintiff, | ) | Case No. 2:16-CV-02386 JAM-DB |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| CITY OF LODI, | ) | |
| Plaintiff, | ) | Case No. 2:16-CV-02633 KJM-EFB |
| v. | ) | |
| UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive, | ) | |
| Defendants. | | |

Examination of the above-entitled actions reveals that these

1

1  actions are related within the meaning of Local Rule 123 (E.D. Cal.
2  2005).  Accordingly, the assignment of the matters to the same
3  judge and magistrate judge is likely to affect a substantial
4  savings of judicial effort and is also likely to be convenient for
5  the parties.
6      The parties should be aware that relating the cases under
7  Local Rule 123 merely has the result that these actions are
8  assigned to the same judge and magistrate judge; no consolidation
9  of the actions is effected.  Under the regular practice of this
10 court, related cases are generally assigned to the judge and
11 magistrate judge to whom the first filed action was assigned.
12     IT IS THEREFORE ORDERED that the action denominated 2:16-CV-
13 02633 KJM-EFB be reassigned to Judge John A. Mendez and Magistrate
14 Judge Edmund F. Brennan for all further proceedings, and any dates
15 currently set in this reassigned case _only_ are hereby VACATED.
16 Henceforth, the caption on documents filed in the reassigned cases
17 shall be shown as 2:16-CV-02633 JAM-EFB.
18     IT IS THEREFORE ORDERED that the action denominated 2:16-CV-
19 02386 JAM-DB be reassigned to John A. Mendez and Magistrate Judge
20 Edmund F. Brennan for all further proceedings, and any dates
21 currently set in this reassigned case _only_ are hereby VACATED.
22 Henceforth, the caption on documents filed in the reassigned cases
23 shall be shown as 2:16-CV-02386 JAM-EFB.
24     IT IS FURTHER ORDERED that the Clerk of the Court make
25 appropriate adjustment in the assignment of civil cases to
26 compensate for this reassignment.
27
28

1  IT IS SO ORDERED.

2  Dated:   November 7, 2016          /s/ John A. Mendez_____
                                      JOHN A. MENDEZ
3                                     United States District Court Judge